**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| STATE OF RHODE ISLAND DEPARTMENT OF TRANSPORTATION | : | |
| VS. | : | C.A. NO. 03-278 T |
| RICHARD H. BAYLIS, ALLEGHENY TECHNOLOGIES, INC. MARIE D. BAYLIS, AND THE ESTATE OF THOMAS H. BAYLIS by and through the EXECUTRIX, MARIE D. BAYLIS | : | |

***CONSENT JUDGMENT***

Plaintiff having brought this action against Defendant Richard H. Baylis and Richard H. Baylis denied liability and wrongdoing, and Plaintiff and Richard H. Baylis desiring to avoid further litigation, having reached an agreement to end this action against Richard H. Baylis.

NOW, THEREFORE, upon the consent of Plaintiff and Richard H. Baylis, it is hereby ORDERED, ADJUDGED and DECREED that:

1. This Court has jurisdiction over the subject matter of this action and over Plaintiff and Richard H. Baylis;

2. The parties agree, and by entering this Consent Judgment this Court finds, that the Settlement Agreement attached hereto and incorporated herein is fair, reasonable and in the public interest, and for these reasons, the Settlement Agreement is approved;

3. The parties agree, and by entering this Consent Judgment this Court finds, that Richard H. Baylis is entitled to protection from any contribution actions or claims for matters addressed in this Consent Judgment and the Settlement Agreement as provided by the terms of this Consent Judgment and the Uniform Comparative Fault Act as applied in cases approving settlement under 42 U.S.C. §9613(f)(1);

4. Nothing in this Consent Judgment shall be deemed or used as an admission by Richard H. Baylis of any liability to Plaintiff or any other person, firm or corporation, arising out of the acts, occurrences, conditions or events alleged in the Complaint;

5. Each party shall bear their own costs, disbursements and attorneys' fees associated with this litigation;

6. Entry of this Consent Judgment by the Court constitutes a final judgment in this action; the Court finds there is no just reason to delay entry of this Consent Judgment, and the Clerk is directed to enter this Consent Judgment as a judgment;

7. Nothing in this Consent Judgment or the Settlement Agreement shall be construed as establishing, for the purposes of this litigation, the equitable share of clean-up costs attributable to any other person or entity, including the Settling Parties;

8. By entry of this Consent Judgment, RIDOT agrees that in the event it pursues any other non-settling defendant or other potentially responsible party, it will pursue such person or entities only for their equitable share of clean-up costs as provided in private cost recovery actions;

9. Upon the Baylis payment of the settlement funds pursuant to the Settlement Agreement, Plaintiff shall file a notice with the Court of the amount so paid (the "settlement payment").

ENTERED by this Court this 5th day of July, 2005.

SO ORDERED

______________________

Enter:

Ernest C Jones
Chief Judge, J.

Consented to:

STATE OF RHODE ISLAND
DEPARTMENT OF TRANSPORTATION

By its attorney,

Paul M. Sanford - #2997
BURNS & LEVINSON LLP
One Citizens Plaza, Suite 1100
Providence, RI 02903
(401) 831-8330
(401) 831-8359—FAX

RICHARD H. BAYLIS

By his attorney,

James H. Reilly - #0658
KELLY, KELLEHER, REILLY & SIMPSON
146 Westminster Street, Suite 500
Providence, RI 02903
(401) 272-1312
(401) 331-9397—FAX

RICHARD H. BAYLIS

By his attorney,

Donald J. Maroney - #3737
KELLY, KELLEHER, REILLY & SIMPSON
146 Westminster Street, Suite 500
Providence, RI 02903
(401) 272-1312
(401) 331-9397—FAX

## ***CERTIFICATION***

TO: Paul M. Sanford, Esq.
Burns & Levinson LLP
One Citizens Plaza, Suite 1100
Providence, RI 02903

I hereby certify that I mailed a true copy of the within Consent Judgment to the above counsel of record by first class mail, postage prepaid, on the 30 day of March, 2005.

Donald J. Maroney